Laurence F. Padway  (89314)
Karen K. Wind (124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Oakland, California 94501
Telephone: (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff
**CHARLOTTE MIMS**

C. Mark Humbert (111093)
Horace W. Green (115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
**GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MIMS, | Case No.  C 09-5811 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, HWITE & McAULIFFE, | Date: July 23, 2010
Proposed Date:    August 27, 2010
Time: 8:30 a.m.
Ctrm:  8, 19th Floor |
| Defendant. | Judge: Hon. Charles R. Breyer |

Plaintiff CHARLOTTE MIMS ("Mims") and Defendant GROUP LONG TERM

DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE ("the Plan"), by and

through counsel of record, hereby submit the following stipulation:

//

WHEREAS, the Case Management Conference is currently set for July 23rd, at 8:30 a.m.; and

WHEREAS, defense counsel is unavailable on July 23rd due to being set for trial in Superior Court;

NOW, therefore, the parties stipulate and agree that the Case Management Conference shall be continued to August 27, 2010 at 8:30 a.m. and the Joint Case Management Statement be filed by August 20, 2010.

DATE: July 14, 2010                LAW OFFICES OF LAURENCE F. PADWAY

By:  **/s/ Laurence F. Padway**
     LAURENCE F. PADWAY

Attorneys for Plaintiff
CHARLOTTE MIMS

DATE: July 14, 2010                GREEN & HUMBERT

By:  **/s/ Horace W. Green**
     HORACE W. GREEN

Attorneys for Defendant
GROUP LONG TERM DISABILITY
PLAN FOR HELLER, EHRMAN,
WHITE & McAULIFFE

### ORDER

Good cause appearing therefore, it is SO ORDERED.

Dated:  July 20, 2010         _____
                              Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*