Laurence F. Padway (89314)
Karen K. Wind (124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Oakland, California 94501
Telephone: (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff
**CHARLOTTE MIMS**

C. Mark Humbert (111093)
Horace W. Green (115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
**GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MIMS, | Case No.  C 09-5811 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| vs. | |
| GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, HWITE & McAULIFFE, | Date:  July 23, 2010
Proposed Date:  August 27, 2010
Time:  8:30 a.m.
Ctrm:  8, 19th Floor
Judge: Hon. Charles R. Breyer |
| Defendant. | |

Plaintiff CHARLOTTE MIMS ("Mims") and Defendant GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE ("the Plan"), by and through counsel of record, hereby stipulate to the following briefing schedule for defendant's motion for judgment, and plaintiff's cross-motion:

| | | |
|---|---|---|
| Plaintiff's opening brief and opposition to defendant's Motion filed October 14, 2010 due | | January 14, 2011 |
| Defendants' opposition and reply due: | | January 28, 2011 |
| Plaintiff's reply due: | | February 11, 2011 |
| Hearing date | | February 25, 2011 |

DATE: November 3, 2010

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY

Attorneys for Plaintiff
CHARLOTTE MIMS

DATE: November 3, 2010

GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

Attorneys for Defendant
GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE

## ORDER

Good cause appearing therefore, it is SO ORDERED.

Dated: November 9, 2010

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA