Laurence F. Padway  (89314)
Karen K. Wind (124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Oakland, California 94501
Telephone: (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for Plaintiff
**CHARLOTTE MIMS**

C. Mark Humbert (111093)
Horace W. Green (115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
**GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE MIMS,<br><br>    Plaintiff,<br><br>vs.<br><br>GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, HWITE & McAULIFFE,<br><br>    Defendant. | Case No.   C 09-5811 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>Date:  February 25, 2011<br>Proposed Date:    May 13, 2011<br>Time:  8:30 a.m.<br>Ctrm:  8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

Plaintiff CHARLOTTE MIMS ("Mims") and Defendant GROUP LONG TERM DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE ("the Plan"), by and through counsel of record, and at the request of plaintiff, hereby jointly stipulate to amend the briefing schedule for defendant's motion for judgment, and plaintiff's cross-motion because the

parties have unresolved discovery issues.  It is anticipated that parties will have resolved as much as they can informally in the next week, and that a discovery motion on the remaining issues will be filed immediately thereafter.  For these reasons, the parties stipulate to revise the briefing and hearing date on the motions for summary judgment as follows:

| | |
|---|---|
| Plaintiff's opening brief and opposition to defendant's Motion filed October 14, 2010 due | April 1, 2011 |
| Defendants' opposition and reply due: | April 15, 2011 |
| Plaintiff's reply due: | April 29, 2011 |
| Hearing date | May 13, 2011 |

DATE:  January 13, 2011          LAW OFFICES OF LAURENCE F. PADWAY

                                 By:  **/s/ Laurence F. Padway**
                                      LAURENCE F. PADWAY
                                      Attorneys for Plaintiff
                                      CHARLOTTE MIMS

DATE: January 13, 2011           GREEN & HUMBERT

                                 By:  **/s/ Horace W. Green**
                                      HORACE W. GREEN
                                      Attorneys for Defendant
                                      GROUP LONG TERM DISABILITY
                                      PLAN FOR HELLER, EHRMAN,
                                      WHITE & McAULIFFE

### ORDER

Good cause appearing therefore, it is SO ORDERED.

Dated:  January 19, 2011         _____
                                 Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer