1  Laurence F. Padway  (89314)
   Karen K. Wind (124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Oakland, California 94501
   Telephone: (510) 814-0680
4  Facsimile:  (510) 814-0650

5  Attorneys for Plaintiff
   **CHARLOTTE MIMS**
6
   C. Mark Humbert (111093)
7  Horace W. Green (115699)
   GREEN & HUMBERT
8  220 Montgomery Street, Suite 1418
   San Francisco, California 94104
9  Telephone: (415) 837-5433
   Facsimile:  (415) 837-0127
10
   Attorneys for Defendant
11 **GROUP LONG TERM DISABILITY PLAN
   FOR HELLER, EHRMAN, WHITE &
12 McAULIFFE**

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17 | CHARLOTTE MIMS,                       )  Case No.  C 09-5811 CRB
                                          )
18 |        Plaintiff,                    )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER CONTINUING CASE**
19 |    vs.                               )  **MANAGEMENT CONFERENCE**
                                          )
20 | GROUP LONG TERM DISABILITY           )  Date: February 25, 2011
     PLAN FOR HELLER, EHRMAN,             )  Proposed Date:   May 13, 2011
21   HWITE & McAULIFFE,                   )  Time: 8:30 a.m.
                                          )  Ctrm: 8, 19th Floor
22 |        Defendant.                    )  Judge: Hon. Charles R. Breyer
                                          )
23                                        )

24

25      Plaintiff CHARLOTTE MIMS ("Mims") and Defendant GROUP LONG TERM

26 DISABILITY PLAN FOR HELLER, EHRMAN, WHITE & McAULIFFE ("the Plan"), by and

27 through counsel of record, hereby submit the following stipulation:

28      //

WHEREAS, the Case Management Conference is currently set for February 25, 2011 at 8:30 a.m.; and

WHEREAS, the dispositive motions in this matter were rescheduled to May 13, 2011 at 10:00 a.m.;

NOW, therefore, the parties stipulate and agree that the Case Management Conference shall be continued to May 13, 2011 at 10:00 a.m. to be heard concurrently with the dispositive motions.

DATE: February 10, 2011					LAW OFFICES OF LAURENCE F. PADWAY


By:  **/s/ Laurence F. Padway**
     LAURENCE F. PADWAY

Attorneys for Plaintiff
CHARLOTTE MIMS


DATE: February 10, 2011					GREEN & HUMBERT


By:  **/s/ Horace W. Green**
     HORACE W. GREEN

Attorneys for Defendant
GROUP LONG TERM DISABILITY
PLAN FOR HELLER, EHRMAN,
WHITE & McAULIFFE


## ORDER

Good cause appearing therefore, it is SO ORDERED.

Dated: __February 10, 2011__			_____
							Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*